# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**KYLE RAY AMSDEN,**                          :

             **Petitioner**          :

                      **CIVIL ACTION NO. 3:14-0221**

        **v.**                     :

                     **(Judge Mannion)**

**DAVID EBBERT, Warden**                     :

             **Respondent**          :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

    1.    The above captioned petition for writ of habeas corpus
          is **DISMISSED**.

    2.    The Clerk of Court is directed to **CLOSE** this case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: February 21, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0221-01-ORDER.wpd

1